**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE: | ) Case No. 21 B 12258 |
| Irasema Pepin | ) |
| | ) Honorable Timothy A. Barnes |
| | ) |
| Debtor(s) | ) Chapter 13 |

## NOTICE OF MOTION

To: Marilyn O. Marshall, Chapter 13 Trustee, 224 S Michigan, Ste 800, Chicago, IL 60604, via electronic court notification;

City of Chicago, Department of Finance, 121 North LaSalle, Room 107A, Chicago, IL 60602, via U.S. Mail;

Cook County Treasurer, 118 N. Clark St., Suite 112, Chicago, IL 60602, via U.S. Mail;

Irasema Pepin, 4814 N. Kedvale Ave., Chicago, IL 60630, via U.S. Mail;

The attached Service List.

PLEASE TAKE NOTICE that on July 14, 2022, at 9:30 a.m., I will appear before the Honorable Timothy A. Barnes, or any judge sitting in that judge4's place, and present Debtor's Motion to Authorize Sale of Real Estate, a copy of which is attached.

**This motion will be presented and heard electronically using Zoom for Government.** No personal appearance in court is necessary or permitted. To appear and be heard on the motion, you must do the following:

**To appear by video**, use this link: https://www.zoomgov.com/. Then enter the meeting ID and password.

**To appear by telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828- 7666. Then enter the meeting ID and password. Meeting ID and password. The meeting ID for this hearing is 161 329 5276 and the password is 433658. The meeting ID and password can also be found on the judge's page on the court's web site.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If

a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing

**PROOF OF SERVICE**

I, the undersigned, certify that I caused this Notice and a copy of the attached document(s) to be served upon the entities named above by depositing the same in the U.S. Postal Service's mail box at 8707 Skokie Blvd, Suite 312, Skokie, IL 60077 on July 1, 2022, except that the Trustee and any other party indicated in the Notice of Filing were served electronically by the court on such date.


/s/ *David Freydin*
Attorney for Debtor
Law Offices of David Freydin
8707 Skokie Blvd, Suite 312
Skokie, IL 60077
847.972.6157

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0752-1<br>Case 21-12258<br>Northern District of Illinois<br>Eastern Division<br>Wed Oct 27 15:27:15 CDT 2021 | U.S. Bankruptcy Court<br>Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604-1702 | Bank Of America<br>4909 Savarese Circle<br>Fl1-908-01-50<br>Tampa, FL 33634-2413 |
| City of Chicago<br>Department of Finance<br>121 North LaSalle, Room 107A<br>Chicago, IL 60602-1232 | Comenity Bank<br>Attn: Bankruptcy<br>Po Box 182125<br>Columbus, OH 43218-2125 | Cook County Treasurer<br>118 N. Clark St.<br>Suite 112<br>Chicago, IL 60602-1590 |
| Swedish Hospital<br>5215 N. California Ave.<br>La Grange, IL 60525 | David Freydin<br>Law Offices of David Freydin Ltd<br>8707 Skokie Blvd<br>Suite 312<br>Skokie, IL 60077-2269 | Irasema Pepin<br>4814 N. Kedvale Ave.<br>Chicago, IL 60630-2874 |
| Patrick S Layng<br>Office of the U.S. Trustee, Region 11<br>219 S Dearborn St<br>Room 873<br>Chicago, IL 60604-2027 | End of Label Matrix<br>Mailable recipients    9<br>Bypassed recipients    0<br>Total                  9 | |

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE: | ) Case No. 21 B 12258 |
| Irasema Pepin | ) |
| | ) Honorable Timothy A. Barnes |
| | ) |
| Debtor(s) | ) Chapter 13 |

### DEBTORS' MOTION TO AUTHORIZE SALE OF REAL ESTATE AND SHORTEN NOTICE

Irasema Pepin, ("Debtor"), by and through her attorney, David Freydin, pursuant to §363 of the United States Bankruptcy Code, hereby moves this Honorable Court to enter an Order allowing the sale of real estate located at 4814 N. Kedvale Ave., Chicago, IL 60630, and in support thereof, Debtor states as follows:

1. That the Debtor in the underlying case file a Chapter 13 bankruptcy petition in the Northern District of Illinois, Eastern Division as case number 21-12258 on October 27, 2021.

2. That this Honorable Court confirmed the Debtor's Chapter 13 Plan on February 3, 2022 with secured creditors to be paid 100.00% and general unsecured creditors to be paid 100.00%

3. That the Debtor's confirmed plan requires her to pay $650.00 per month for 60 months.

4. That the Debtor recently inherited an interest in the property located at 4814 N. Kedvale Ave., Chicago, IL 60630 (the "Property").

5. That as part of the probate process, Debtor's family intends to sell the Property. Please see attached Exhibit A for a copy of the ALTA Settlement Statement.

6. That the sale proceeds will be paid to "Juan Pepin, Jr., deceased, Fernando Borges, Independent Administrator."

7. That the Property will be sold for $240,000.00.

8. That the Debtor will tender any non-exempt proceeds from the sale of the Property to the Chapter 13 Trustee within 14 days of receipt. Debtor believes that the proceeds from the sale will be sufficient to pay off her Chapter 13 case in full.

9. That the Debtor will forward a copy of all closing documents to the Chapter 13 Trustee within 14 days of closing.

10. That execution of any sale is contingent upon this Honorable Court entering an Order allowing sale of the Property.

11. The foregoing constitutes sufficient grounds for this Court to enter an Order allowing the sale of the subject property.

12. That Debtor requests that this Motion be heard on shortened notice to allow her to close the sale of the Property as scheduled on July 18, 2022.

13. That the Debtor has presented this motion in good faith and intend to complete her Chapter 13 plan of reorganization.

WHEREFORE, Irasema Pepin, Debtor, respectfully requests that this Honorable Court enter an Order allowing the sale of the Property and for such other and further relief as this Court deems fair and just.

Respectfully Submitted,

 /s/ *David Freydin*
 Attorney for Debtor
Law Offices of David Freydin
8707 Skokie Blvd, Suite 312
Skokie, IL 60077
847.972.6157