UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re: ) BK No.: 21-12258
Irasema Pepin )
) Chapter: 13
) Honorable Timothy Barnes
)
)
Debtor(s) )

**ORDER AUTHORIZING DEBTOR TO SELL REAL ESTATE AND SHORTENING NOTICE**

This cause coming to be heard on Debtor's motion to authorize sale of real estate and shorten notice, the Court having jurisdiction over the matter and being fully advised in the premises;

IT IS HEREBY ORDERED:

1. Debtor's motion is GRANTED as set forth herein.

2. Debtor is authorized to sell her interest in the real estate located at 4814 N. Kedvale Ave., Chicago, IL 60630 subject to approval of all lien holders.

3. Debtor shall forward a copy of the RESPA and/or HUD1 settlement statement to the Chapter 13 Trustee within 14 days of closing.

4. At the closing, proceeds of the transaction shall be used to pay off all existing mortgages in full within 48 hours and other liens (including any unpaid property taxes) against the Debtor's real estate, plus usual and customary closing costs and fees of the Debtor.

5. Debtor will use proceeds from the sale to pay off the balance of her Chapter 13 to the Trustee within 14 days of receipt.

6. Notice is reduced to that given.

Enter:

Timothy A. Barnes
United States Bankruptcy Judge

Dated: July 14, 2022

**Prepared by:**

Law Offices of David Freydin
8707 Skokie Blvd, Suite 312
Skokie, IL 60077
847.972.6157